UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
In re:

KEVIN M. SHIELDS,

        Debtor.

------------------------------------------------X

STATE OF NEW YORK  )
                        ) ss:
COUNTY OF QUEENS  )

Chapter 13
Case No. 8-10-74326-ast

**AFFIDAVIT FOR VOLUNTARY**
**DISMISSAL OF CHAPTER 13 CASE**

      KEVIN M. SHIELDS, deposes and says the following:

1. I am the debtor in this Chapter 13 case, which was filed on July 4, 2010.

2. This is an application to voluntarily withdraw or dismiss my Chapter 13 bankruptcy case.

3. Section 1307(b) of the Bankruptcy Code states as follows:

    On request of the debtor at any time, if the case has not been converted under section 706, 112, or 1208 of this title, the court shall dismiss a case under this chapter. Any waiver of the right to dismiss under this subsection is unenforceable.

4. I believe I have the ability to resolve my present situation outside of this Chapter 13 case.

      **WHEREFORE**, I respectfully request that the Court withdraw this case and for such other and further relief as this Court deem just and equitable.

Dated: July 29, 2010

                                                            KEVIN M. SHIELDS

Sworn to before me this
29th day of July, 2010

_____
Notary Public

RONALD D. WEISS
NOTARY PUBLIC, State of New York
No. 02WE5041400
Qualified in Suffolk County
Commission Expires 4/3/11

UNITED STATES BANKRUPTCY COURT   rw4419
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
In re:                                                Chapter 13
                                                      Case No.  8-10-74326-ast

KEVIN M. SHIELDS,

                          Debtor(s)         **AFFIDAVIT OF SERVICE**
-------------------------------------------------X
STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF SUFFOLK    )

      Everlyn Meade, being duly sworn, says:

      On July 30, 2010, I served a true copy of the attached Affidavit for Voluntary Dismissal, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees indicated below:

TO:    Marianne DeRosa Trustee 100 Jericho Quadrangle Suite 208 Jericho NY 11753
        Internal Revenue Service 10 MetroTech Center 625 Street Brooklyn NY 11201
        NYS Dept of Taxation & Finance Bankruptcy Unit-TCD Bldg 8 Room 455 W.A Harriman State Campus Albany NY 12227
        United States Attorney Attn Chief of Bankruptcy Litigation One Pierrepont Plaza 4th Floor Brooklyn NY 11201
        US Department of Justice Tax Division Box 55 Ben Franklin Station Washington DC 20044
        State of New York Office of the Attorney General 120 Broadway New York NY 10271
        Bank of America Bankruptcy Dept PO Box 2278 Norfolk VA 23501-2278
        Chase Cardmember Service PO Box 15153 Wilmington DE 19886-5153
        Deutsche Bank c/o Stein Wiener & Roth LLP 1 Old Country Road Suite 113 Carle Place NY 11514
        Dime Savings Bank 209 Havenmeyer Street Brooklyn NY 11211
        GMAC Mortgage Corporation 3451 Hammond Avenue PO Box 780 Waterloo IA 50704-0780
        JP Morgan Chase Bank One Chase Square S-4 Rochester NY 14643
        Litton Loan Servicing Bankruptcy Dept 4828 Loop Central Drive Houston TX 77081-2166
        MGC Mortgage Inc PO Box 57046 Irvine CA 92616-7046

Sworn to before me this
30th day of July, 2010

_____
Notary Public
RONALD D. WEISS
NOTARY PUBLIC, State of New York
No. 02WE5041400
Qualified in Suffolk County
Commission Expires 4/3/11

                                                            _____
                                                             Everlyn Meade